NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ADONIS VAZQUEZ, )
)
Appellant, )
)
v. ) Case No. 2D14-4865
)
STATE OF FLORIDA, )
)
Appellee. )
)

Opinion filed March 15, 2017.

Appeal from the Circuit Court for Collier County;
Ramiro Mañalich, Judge.

Howard L. Dimmig, II, Public Defender,
and Keith W. Upson, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


Affirmed, without prejudice to file a timely and sufficient postconviction

motion. The trial court did not rely on Mr. Vazquez's pending charges in imposing his

sentence. Cf. Fernandez v. State, 42 Fla. L. Weekly D 502a (Fla. 2d DCA Mar. 1, 2017)

(holding that the trial court improperly relied on a subsequent charge in sentencing

where the trial court stated she was imposing the sentence "based on the fact that you re-offended" among other reasons).

NORTHCUTT, SILBERMAN, and LaROSE, JJ., Concur.